# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff(s))

Melissa Mae Mielke-Metzger

v.

(Full name of defendant(s))

Richard O Moriarty

Case Number:

**26-C-132**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __Kenosha, Wisconsin__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Richard O Moriarty__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____Wisconsin_____

(State, if known)

and (if a person) resides at   10014 270th Ave, Trevor WI 53179 and 10027 270th Court Trevor, WI 53179

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for   Richard O Moriarty, Owner/Private Landlord
10014 270th Ave, Trevor WI 53179 and 10027 270th Court Trevor, WI 53179

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

---

Plaintiff Alleges that Defendant, Mr. Richard O Moriarty:

A.) refused to rent after the making of a bona fide offer, and refused to negotiate for the rental, or otherwise make unavailable or deny a dwelling to Plaintiff because of Plaintiff, and/or Plaintiff's family's, sex, and (presumed)national origin or ethnicity, and race or color, which is a violation of the Fair Housing Act§3604(Section 804(a)

B.) discriminated in the terms, conditions, and privileges of rental of a dwelling because of sex and (presumed) national origin or ethnicity, and race or color, which is a violation of the Fair Housing Act§3604(Section 804(b)

C.) represented, because of sex and (presumed) national origin or ethnicity, or race or color, that the dwelling was no longer available for rental when such dwellings were in fact so available, in violation of the Fair Housing Act 3604(Section 804(d)

---

Plaintiff alleges that throughout the duration of her tenancy, Defendant, Richard Moriarty, subjected Plaintiff, and/or Plaintiff's family, to a series of discriminatory practices based upon sex, and (presumed) national origin or ethnicity, and race or color.

Alleges that Defendant engaged in sexual harassment in housing, quid pro quo, and fostered a hostile environment which is classified by the Fair Housing Act as an illegal form of discrimination based upon sex. Plaintiff furthermore alleges that Plaintiff was unable to say no without consequences, including threat to and loss of housing.

Alleges that Defendant subjected Plaintiff and/or Plaintiff's family to ethnic and racially suggestive comments and statements with racist or ethnic connotations. And in Fall of 2024 utilized these types of comments along with other aggressive intimidation tactics with the intent to force Plaintiff and/or Plaintiff's daughter to submit to his demands and terms or, vacate. And in December 2025 utilized negative stereotypes of (presumed) ethnic groups and made false allegations in attempts to convince authorities to remove Plaintiff and/or Plaintiff's husband from the rental premises.

Plaintiff furthermore alleges that the harassment was unwelcome, unwanted, offensive, and interfered with the availability, terms, conditions, and privileges of housing. And alleges that the harassment was severe and pervasive in that it interfered with the Plaintiff's right to obtain, maintain, use, and enjoy housing. Plaintiff alleges that the purpose of Defendant's behaviors was to force Plaintiff and/or Plaintiff's family to vacate the rental premises or, to submit to Defendant's demands and accept unfair terms and conditions. Plaintiff further alleges this was done willingly and intentionally.

Please see attached document with detailed allegations.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

_____

WHEREFORE, the Plaintiff prays that the Court enter an order that:
1.) Appoints an attorney for the aggrieved person, such as Plaintiff, determines Plaintiff is financially unable to bear fees, costs, and/or security and authorizes the continuation of this civil action without the payment of fees, costs, or security under §3613(b)
2.) Declares that the Defendant's policies and practices, as alleged herein, violate the Fair Housing Act under §3601 (Sections 804(a)(b)(d)
3.) Enjoins Defendant, volunteers, successors, and all other persons in active participation with Defendant, from:
    a. Discriminating against any person on the basis of sex, and (presumed) national origin or ethnicity, or race or color, in any aspect of a landlord-tenant relation
    b. Failing, or refusing to take such affirmative steps as may be necessary to restore, as nearly as practicable, the victims of the Defendant's unlawful practices to the position they would have been in but for the discriminatory conduct; and
    c. Failing, or refusing to take such affirmative steps to prevent the recurrence of any discriminatory conduct in the future and to eliminate, to the extent practicable, the Defendant's unlawful practices;
4.) Awards monetary damages to all persons, including Plaintiff, and Plaintiff's family, harmed by Defendant's conduct, pursuant to the Fair Housing Act, and
5.) Assess a civil penalty against the Defendant to vindicate the public interest in an amount authorized by the Fair Housing Act

Plaintiff further prays for such additional relief as the interest of justice may require.

_____

E.     **JURY DEMAND**

    I want a jury to hear my case.

    ☑ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __24th__ day of __January__ 20_26_.

    Respectfully Submitted,

    _/s/ Melissa Metzger_
    Signature of Plaintiff

    (262) 302-8639
    Plaintiff's Telephone Number

    mmmetzger@me.com
    Plaintiff's Email Address

    PO BOX 654

    Burlington, WI 53105
    (Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑     I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐     I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.